Xiaohua Huang
P.O. Box 1639, Los Gatos, CA95031
Tel: 669-273-5650
Email: xiaohua_huang@hotmail.com
*Pro Se*   Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xiaohua Huang   *Pro Se* <br> Plaintiff(s), <br><br> vs. <br> Spectra Equipment Inc. <br> Spectra Technology Inc. <br> Defendant(s) | Case Number: 8:20-cv-01334-JWH-JDE <br><br> **MR. Xiaohua Huang's motion to enter default Judgment against Spectra Equipment Inc. for its not responding** |

Plaintiff Xiaohua Huang respectfully asks the Court to enter a default Judgment against Spectra Equipment Inc. (aka Spectra Technology ) for the following reasons.

**I.   DEFENDANT CHOSE NOT TO RESPONDS AND CONTEMPT THE COURT**

Plaintiff filed complaint against Spectra Equipment Inc. in this Court and the Summons was issued on Aug.13, 2020. The Summons was delivered to the "President or CEO" of Spectra Equipment Inc. and was signed to acknowledge on August 24,2020, the response is due September 15,2020. After being served the owner of Spectra Equipment Inc. (Spectra Technology) Johnny Tourino called more than ten times from August 27,2020 to October 2,2020 to ask me to withdraw the case for the following reason:

(1) Johnny Tourino claimed that "Spectra Equipment Inc." was out of business 2
    to 3 years ago and Johnny Tourino himself owns the website :

https://www.spectra.com/ to buy and sell the accused products.

(2) "Spectra Equipment Inc." is not the manufacture and only the reseller of the accused products, so I can not sue "Spectra Equipment Inc.", so I need to withdraw the complaint.

(3) I filed amended complaint on September 8, 2020, the amended complaint was also served to Johnny Tourino and signed by Johnny Tourino on September 8,2020, the response is due on September 22,2020..

(4) For the reason in (1) and (2) Johnny Tourino refused to retain lawyer and respond the Summon and the complaint as well as amended complaint.

On September 29,30 and October 1,2020 Johnny Tourino each day called me 3 to 4 time regardless that I did not pick up his call, At last I answered his call and told him I filed motion for default judgment, Johnny Tourino said that you never served the Summon and even Judgment for Default it will only be 3 to 4 thousands Dollars, he does not care. Exhibit 3.

## II  THE SERVICE OF SUMMON AND COMPLAINT IS EFFECTIVE BASED ON FED.R.C.P. 4 AND CALIFORNIA CODE OF CIVIL PROCEDURE

**Fed.R.C.P. 4 (h) states:**

(h) Serving a Corporation, Partnership,… , a domestic or foreign corporation, or a partnership or other unincorporated association that is subject to suit under a common name, must be served:

(1) in a judicial district of the United States:

(A) in the manner prescribed by Rule 4(e)(1) for serving an individual; or

(B) by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and—if the agent is one authorized by statute and the statute so requires—by also mailing a copy of each to the defendant;

**Fed.R.C.P. 4 (e) states:**

(e) Serving an Individual Within a Judicial District of the United States. Unless federal law provides otherwise, an individual—…—may be served in a judicial district of the United States by:

(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made;

**Cal. Code Civ. Proc. § 416.10 (b).**

A summons may be served on a corporation by delivering a copy of the summons and the complaint by any of the following methods:

(b) To the president, chief executive officer, or other head of the corporation, a vice president, …….

The Summon was delivered with USPS priority mail to the following address:

> Attention: Persident or CEO
> Spectra Equipment Inc.
> 23807 Aliso Creek Road, Suite 220
> Laguna Niguel, CA 92677
> Tel: (714) 970-7000

The Summon was delivered to: Persident or CEO of Spectra Equipment Inc. (Defendant), which comply with the Fed.R.C.P. 4 (h), Fed.R.C.P. 4 (e) and Cal. Code Civ. Proc. § 416.10 (b).

The Summon was delivered and signed on August to acknowledge on August 24, 2020 and received by Johnny Tourino who is the owner of Spectra Equipment Inc. Exhibit 2.

The amended complaint was filed to the Court and mailed with USPS priority Mail to Johnny Tourino and received and signed by Johnny Tourino. Exhibit 3.

The Service of both Summons with complaint and the amended complaint are effective.

### III. DISPUTE WITH CLERK'S DECISION

Plaintiff filed request and motion to the clerk of the Court to enter the default

on Defendant's failure to response. In ECF No.16 the clerk of the Court denied Plaintiff's motion with the following reason:

*"Other: Name on return receipt elligible. The person authorized to accept service on behalf of the business is not listed."*

Which is not true, since " Attention: Persident or CEO Spectra Equipment Inc." was in the Summon and was in the mailing address and it was received by Johnny Tourino who is the owner of Spectra Equipment Inc.

### IV.    REQUEST FOR DEFAULT JUDGEMENT

Based on Fed.R.C.P. 55

(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) Entering a Default Judgment.

(1) *By the Clerk.* If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

(2) *By the Court.* In all other cases, the party must apply to the court for a default judgment.

Defendant deliberately contempt the Court and fail to respond the complaint and the amended complaint, Defendant should be judged to loose the case as a default as the case "Dkt.No.75 of FEDERAL TRADE COMMISSION, v. DEQUAN M.

SICARD (Case No. 6:17-cv-1257-Orl-37TBS )" and "Doc # 39 of DEAN OBEIDALLAH v. ANDREW B. ANGLIN, et al., (Case No. 2:17-cv-720)"

## V.  CONCLUSION

For the facts in the above Plaintiff respectfully asks the Court enter Default judgment against Defendant Spectra Equipment Inc. (Spectra Technology )

Dated:  October 9, 2020                    Respectfully  Submitted,

                                        Xiaohua Huang
                                       P.O. Box 1639, Los Gatos CA95031
                                       Tel: 669 273 5650
                              Email:  paul_huang1010@outlook.com

Exhibit  1    ECF No. 10  executed summons

Exhibit  2    Proof of service of Amended complaint

Exhibit  3    Plaintiff's declaration on Defendant's phone call and email.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was mailed to the Clerk of the Court and will be filed with the Court's CM/ECF system which will provide notice on all counsel deemed to have consented to electronic service. Defendant and All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by mail and email on this day.
Dated: October 13, 2020

By /S/ Xiaohua Huang